UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAWN MARIE COVERT,**

    **Plaintiff,**

v.                                         **Case No. 6:24-cv-1565-CEM-LHP**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Brief (Doc. 16), to which the Commissioner of Social Security ("Commissioner") filed a Response Brief (Doc. 19). The United States Magistrate Judge issued a Report and Recommendation (Doc. 20), recommending that the Court affirm the final decision of the Commissioner, (*id.* at 2, 18).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 20) is **ADOPTED** and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner and against Plaintiff.

4. Thereafter, the Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 7, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record